```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------
LUIS TORO,

                      Plaintiff,      22-cv-8253 (JGK)

      - against -                      ORDER

ROSE MILLE, INC.,

                      Defendant.

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court has received the November 2, 2022 letter from Michelle Rose Jorgensen on behalf of the defendant. ECF No. 6. The Court will hold a telephone conference to discuss this case on **Wednesday, November 9, 2022, at 3:30 p.m.** The dial-in is 888-363-4749, and the access code is 8140049. Ms. Jorgensen may appear for the defendant at the telephone conference.

    The defendant is also advised that it may seek legal advice and assistance from the New York Legal Assistance Group (NYLAG). An informational flyer regarding NYLAG is attached to this Order.

    The plaintiff is directed to email a copy of this Order, including the NYLAG informational flyer, to the defendant at Michelle@Rosemille.com. The Clerk is directed to mail a copy of the Order and the flyer to the defendant at: Rose Mille, Inc., 215 Williams St., N., Stillwater, MN 55082.

**SO ORDERED.**

Dated:    New York, New York
           November 3, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge

# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.



