UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS TORO,

                Plaintiff,

                                                                                  22 civ 8253 (JGK)

    -against-

ROSE MILLE, INC.,

                Defendant.
------------------------------------------------------------X

## ORDER

The matter being referred to mediation on November 9, 2022,

The Conference scheduled for February 14, 2023 at 2:30pm is canceled.

**SO ORDERED.**

                                                                            /s/ John G. Koeltl
                                                       **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 24, 2023